# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2026-0159
L.T. Case No. 1140067427

_____

S.W.,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

Administrative Appeal from the Department of Children and Families.

S.W., Sanford, pro se.

Logan Bartholomew, Assistant Regional Counsel, of Department of Children and Families, Orlando, for Appellee.

May 7, 2026

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

MAKAR, LAMBERT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____